Judgment of conviction affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* THOMAS E. FOGARTY and CHARLES C. SILVERBER, Appellants.

*Crimes — burglary in first degree — judgment of conviction affirmed.*

People v. *Salisbury,* 220 App. Div. 798, affirmed.
(Argued October 19, 1927; decided November 22, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 13, 1927, which affirmed a judgment, rendered at a Trial Term for the county of Erie upon a verdict convicting the defendants of the crime of burglary in the first degree.

*James O. Moore, Edward C. Schlenker, Charles D. Newton, Harry Lipsitz* and *John S. Knibloe* for appellants.

*Guy B. Moore, District Attorney (Walter F. Hofheins* of counsel), for respondent.

Judgment affirmed on the ground that the record presents no exception arguable in this court.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

HENRY V. F. PRICE, Respondent, *v.* EDWARD E. ANDROVETTE, Appellant.

*Contract — master and servant — equity — action to set aside mutual release and promissory note and to recover on contract of employment.*

Price v. *Androvette,* 220 App. Div. 704, affirmed.
(Argued October 19, 1927; decided November 22, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 13, 1927, unanimously affirming a judgment in favor of plaintiff entered upon a decision

of the court on trial at Special Term. The action was brought by the plaintiff, an employee, against the defendant, his employer, to set aside a mutual release signed by the plaintiff and defendant, and to have surrendered and canceled a promissory note for an amount stated in said release to be due, and for judgment in favor of the plaintiff and against the defendant in an amount to which plaintiff claimed he was entitled as a result of a contract of employment between the plaintiff and the defendant.

*Frank Harvey Field* and *Edo E. Mercelis* for appellant.
*George Tilzer* and *Emmanuel Lewin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ. Not voting: CRANE, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* JOHN PIETRAS, Appellant.

*Crimes — manslaughter — criminal negligence — operation of automobile in culpably negligent manner — judgment of conviction reversed.*

*People* v. *Pietras*, 219 App. Div. 853, reversed.
(Argued October 19, 1927; decided November 22, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 9, 1927, which affirmed a judgment of the Erie County Court rendered upon a verdict convicting the defendant of the crime of manslaughter in the second degree. The indictment, under subdivision 3 of section 1052 of the Penal Law, charged defendant with causing the death of a person through operation of an automobile in a culpably negligent manner.

*William J. Bullion* for appellant.

*Guy B. Moore, District Attorney* (*John J. Kane* of counsel), for respondent.